UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SILVIA J. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.  21-3195 (UNA) |
| v. ) | |
| ) | |
| OLUMIDE OLUSOLA OMOBULEJO et al,) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

This matter, brought pro se, is before the Court on review of Plaintiff's Complaint and application to proceed in forma pauperis.  The Court will grant the in forma pauperis application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure.  Jarrell v. Tisch, 656 F. Supp. 237, 239 (D.D.C. 1987).  Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief."  Fed. R. Civ. P. 8(a); see Ashcroft v. Iqbal, 556 U.S. 662, 678-79 (2009); Ciralsky v. CIA, 355 F.3d 661, 668-71 (D.C. Cir. 2004).  The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer, mount an adequate defense, and determine whether the doctrine of res judicata applies.  Brown v. Califano, 75 F.R.D. 497, 498 (D.D.C. 1977).  It also assists the Court in determining whether it has jurisdiction over the subject matter.

Plaintiff's cryptically worded complaint, ECF No. 1, is indecipherable. A separate order of dismissal accompanies this Memorandum Opinion.

_____/s/_____
CHRISTOPHER R. COOPER
Date: December 28, 2021            United States District Judge